IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR96

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JOHN V. PIEDMONTE ) | |
| SOUTHEAST MEDICAL MANAGEMENT ) | |
| TOTAL CARE FAMILY HEALTH CENTER ) | |
| ) | |

THIS MATTER is before the court on its own motion.

**IT IS ORDERED** that the First Motion for Recusal and Remand is **DENIED AS MOOT** as this case has been re-assigned to the undersigned.

Further, the court finds that the ends of justice served by continuing this matter outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the **December 5, 2005 term at 10:00 a.m.** in the Charlotte Division.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

**Signed: September 28, 2005**

Graham C. Mullen
Chief United States District Judge