UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR96-MU |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | INDICTMENT |
| (2) SOUTHEAST MEDICAL MANAGEMENT | ) | |
| (3) TOTAL CARE FAMILY HEALTH CENTER | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment against the defendants named herein on without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

This 16th day of February, 2006.

GRAHAM C. MULLEN
SENIOR UNITED STATES DISTRICT JUDGE